**Ray Shandell BAZEMORE, Plaintiff—Appellant,**

v.

**Doctor EMRAN; Mrs. Webb; Mrs. Stanford; Page True, Defendants—Appellees.**

No. 04–6017.

United States Court of Appeals, Fourth Circuit.

Submitted March 11, 2004.

Decided March 19, 2004.

Ray Shandell Bazemore, Appellant pro se.

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Ray Shandell Bazemore appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Bazemore v. Emran,* No. CA–03–704–AM (E.D.Va. Nov. 23, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*